**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2403**

———————

ISAIAH HARLEY,

Plaintiff - Appellant,

versus

VICTORIA A. LAMBERT; LUCENT TECHNOLOGIES,
INCORPORATED,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
99-2862-CCB)

———————

Submitted: December 16, 1999     Decided: December 21, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Isaiah Harley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaiah Harley appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harley v. Lambert, No. CA-99-2862-CCB (D. Md. Sept. 29, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on September 28, 1999, the district court's records show that it was entered on the docket sheet on September 29, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).